**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ADAM J. FITCH,

Plaintiff,

v.

OPERATING ENGINEERS LOCAL UNION NO. 3 FEDERAL CREDIT UNION,

Defendants.

Case No.: 26-cv-4790-BJC-DEB

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [ECF NO. 2]**

On August 21, 2026, Plaintiff Adam J. Fitch filed a Complaint for Damages, Declaratory, and Equitable Relief alleging Defendant Operating Engineers Local Union Federal Credit Union failed to investigate and resolve electronic funds transfer errors, in violation of the Electronic Fund Transfer Act (EFTA) 15 U.S.C, §§ 1693-1693r. ECF No. 1. Plaintiff also filed a Motion for Leave to Proceed *In Forma Pauperis* ("IFP"). ECF Nos. 2. For the reasons stated below, his motion is **GRANTED**.

Generally, all parties instituting a civil action in this court must pay a filing fee. *See* 28 U.S.C. § 1914(a); Civ.L.R. 4.5(a). However, pursuant to 28 U.S.C. § 1915(a), the court may authorize the commencement, prosecution, or defense of any suit without payment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets,

showing that he or she is unable to pay filing fees or costs. "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted). The granting or denial of leave to proceed IFP in civil cases is within the sound discretion of the district court. *Venerable v. Meyers*, 500 F.2d 1215, 1216 (9th Cir. 1974) (citations omitted).

In his application, Plaintiff states that he receives $1,410 in monthly income from employment. ECF No. 2. Plaintiff states his monthly expenses include $1,500 for rent, $300 utilities, $100 for home maintenance, $300 for food, $20 for clothing, $15 for laundry, and $50 for credit card payments, totaling $2,285. *Id.* at 4-5. Plaintiff states he has $1.93 in his checking and savings accounts. *Id*. Plaintiff's income and bank account indicate that he does not have funds to pay the filing fee and still "afford the necessities of life." *Escobedo*, 787 F.3d at 1234. Accordingly, the Court **GRANTS** Plaintiff's IFP Motion.

**IT IS SO ORDERED**.

Dated: October 27, 2026



Honorable Benjamin J. Cheeks
United States District Judge